# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUIS CEDILLO, : | |
|    Petitioner, : | |
| : | No. 1:19-cv-951 |
| v. : | |
| : | (Judge Rambo) |
| CATRICIA HOWARD, : | |
|    Respondent. : | |

## ORDER

**AND NOW**, on this 1st day of August 2019, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**;

2. The Clerk of Court is directed to **CLOSE** the above-captioned case;

3. Any appeal taken from this order is deemed frivolous and not in good faith.

                                              s/Sylvia H. Rambo
                                              SYLVIA H. RAMBO
                                              United States District Judge