# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUIS CEDILLO, : | |
|    Petitioner, : | |
| : | No. 1:19-cv-951 |
| v. : | |
| : | (Judge Rambo) |
| CATRICIA HOWARD, : | |
|    Respondent. : | |

## ORDER

**AND NOW**, on this 7th day of August 2019, in accordance with the Amended Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**; and

2. This case shall remain **CLOSED**.

                                                s/Sylvia H. Rambo
                                                SYLVIA H. RAMBO
                                                United States District Judge